## WAGNER v. THE STATE.

CONTEMPT.—*Appeal from Justice to Circuit Court.*—An appeal lies to the circuit court from a judgment of a justice of the peace, assessing a fine for contempt.

From the DeKalb Circuit Court.

*W. L. Penfield* and *C. E. Emanuel,* for appellant.

*T. W. Woollen,* Attorney General, for the State.

SCOTT, J.—On the 13th day of August, 1879, there was a cause pending before Frank M. Bacon, a justice of the peace for Keyser township, DeKalb county, Indiana.

During the trial, Wagner used certain language to the justice, which said justice considered a contempt of court, and the justice asked him to purge himself from such contempt, which Wagner refused to do. Whereupon said justice assessed a fine against said Wagner, for such contempt, in the sum of five dollars, and rendered judgment

against him for five dollars and costs, and that he be committed " until the fine be paid or replevied."

Wagner filed a bond, and appealed to the circuit court. The circuit court, on motion, dismissed the appeal for the reason that no appeal would lie from a justice in such a case. Wagner excepted, and appeals to this court.

We are of opinion that an appeal will lie from a justice in cases of contempt. *Whittem* v. *The State*, 36 Ind. 196; *The State* v. *Newton*, 62 Ind. 517. The court erred in dismissing the appeal.

The judgment of the circuit court is reversed, with instructions to overrule the motion to dismiss the appeal.